**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**21-816
consolidated with 22-124**


**RANDALL FRANCIS**

**VERSUS**

**TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA AND THE
UNOPENED SUCCESSION OF
BILLY J. CORNES**


**\*\*\*\*\*\*\*\*\*\***


ON APPLICATION FOR SUPERVISORY WRITS FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2020-0851 B
HONORABLE CLAYTON DAVIS, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**JOHN E. CONERY
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Sylvia R. Cooks, Chief Judge, John E. Conery, and Charles G. Fitzgerald, Judges.


**WRIT DENIED.**

**Gregory P. Marceaux**
**Marceaux Law Firm**
**2901 Hodges Street**
**Lake Charles, Louisiana  70601**
**(337) 310-2233**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
    **Randall Francis**

**Charles B. Cappel**
**Law Office of Charles B. Cappel, LLC**
**712 Division Street**
**Lake Charles, Louisiana  70601**
**(337) 491-6996**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
    **Randall Francis**

**Brian T. Butler**
**Collin J. LeBlanc**
**Keogh, Cox & Wilson, Ltd.**
**Post Office Box 1151**
**Baton Rouge, Louisiana  70821**
**(225) 383-3796**
**COUNSEL FOR DEFENDANT/RELATOR:**
    **Travelers Property Casualty Company of America**

**Jacinda L. Denison**
**Plauché, Smith & Nieset**
**Post Office Drawer 1705**
**Lake Charles, Louisiana  70602**
**(337) 436-0522**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
    **Shelter Mutual Insurance Company**

**CONERY, Judge.**

For reasons set forth in the companion appeal of *Randall Francis v. Travelers Property Casualty Insurance Company of America, et al.*, 22-124 (La.App. 3 Cir. _/_/22), _ So.3d _, we affirm the trial court's denial of the Motion for Summary Judgment filed by Defendant/Relator Travelers Property Casualty Company of America and deny Defendant/Relator's writ application.  Costs of this proceeding are assigned to Defendant/Relator Travelers Property Casualty Company of America.

**WRIT DENIED.**